Matlock Law Group, A Professional Corporation
Anne-Leith W. Matlock (SBN 244351)
K. Brian Matlock (SBN 243812)
Jason E. Garcia (SBN 198177)
Patrick Perkins (SBN 163740)
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Telephone: 925.944.7131
Facsimile: 925.944.7138

Attorneys for Plaintiffs,
ERIC HAWKINS SR.,
LYNDA P. HAWKINS.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – CIVIL DIVISION

| | |
|---|---|
| ERIC HAWKINS SR., an individual, and LYNDA P. HAWKINS, an individual, <br><br> Plaintiffs, <br> v. <br> FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank N.A., successor in interest by merger to First Horizon Home Loan Corporation, a Tennessee Corporation; <br> FORT KNOX LENDING, a California Business Entity Form Unknown, <br> CALIFORNIA HOME AND MORTGAGE, a California Business Entity Form Unknown, <br> JAMES JABOUT, an individual, <br> LOANGUY.COM, a California corporation, and <br> DOES 1-10 <br> Defendants. | **CASE NO. : 2:10-cv-01876-FCD-GGH** <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO RESTRICT ACCESS AND ALLOW FOR REDACTION OF INFORMATION** |

//

//

---

ORDER RESTRICTING ACCESS AND
ALLOWING TO REFILE CERTAIN DOCUMENTS                   CASE NO.:2:10-cv-01876-FCD-GGH

1

This matter having been brought before the Court by Plaintiffs ERIC HAWKINS SR. and LYNDA P. HAWKINS through their attorneys, Matlock Law Group P.C., Anne-Leith Matlock, Esq., moving for an order to restrict access to Plaintiffs' Exhibits filed in support of their complaint, documents docket no. 3 and 4, the Court having considered the papers submitted and good cause having been shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Application to restrict access to certain documents and allow for redaction of information is granted;

**IT IS FURTHER ORDERED** that public access to Plaintiffs' Exhibits A-V filed in support of Plaintiffs' complaint, documents docket no. 3 and 4, shall be restricted, and

**IT IS FURTHER ORDERED** that Plaintiff is allowed to file the redacted exhibit documents that Plaintiffs submitted concurrently with their application to restrict access; those redacted exhibits shall be linked to the complaint instead of the exhibits whose access has been restricted.

**IT IS SO ORDERED**.

Dated: August 31, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

*Matlock Law Group, PC.*

ORDER RESTRICTING ACCESS AND
ALLOWING TO REFILE CERTAIN DOCUMENTS                          CASE NO.:2:10-cv-01876-FCD-GGH

2