1  Brooks R. Brown (SBN 250724)
   *bbrown@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   10250 Constellation Blvd.
3  Los Angeles, California  90067
   Tel.: 310.788.5100
4  Fax:  310.286.0992

5  Attorneys for Defendant named as First
   Horizon Home Loans

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ERIC HAWKINS, SR. and LYNDA P. HAWKINS,<br><br>        Plaintiffs,<br><br>   v.<br><br>FIRST HORIZON HOME LOANS; FORT KNOX LENDING; CALIFORNIA HOME & MORTGAGE; JAMES JABOUT; LOANGUY.COM; DOES 1-10,<br><br>        Defendants. | Case No. 2:10-CV-1876-FCD-GGH<br><br>**ORDER CONTINUING TIME FOR DEFENDANT NAMED AS "FIRST HORIZON HOME LOANS" TO RESPOND TO COMPLAINT**<br><br>Judge:         Frank C. Damrell, Jr.<br>Courtroom:  2 |

CASE No.: 2:10-CV-1876-FCD-GGH

**ORDER**

Upon consideration of the parties Stipulation (Sept. 2, 2010), and for good cause having been shown, IT IS HEREBY ORDERED that defendant named as "First Horizon Home Loans" shall have up to and including October 8, 2010 to answer or otherwise respond to Plaintiffs' Complaint.

Dated:  September 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE