IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HAWKINS SR., an individual, and
LYNDA P. HAWKINS, an individual

        Plaintiff,                No. CIV S-10-1876 KJM GGH

  vs.

FIRST HORIZON HOME LOANS, a
Division of First Tennessee Bank N.A.,
successor in interest by merger to
First Horizon Home Loan Corporation,
a Tennessee Corporation; et al.

        Defendants.            <u>ORDER</u>

        Plaintiffs have filed a notice of voluntary dismissal of this action.

        IT IS HEREBY ORDERED that:

        1. Defendants notify this court, within seven days, whether they have any objection to the dismissal of this action.

        2. The hearing on defendant First Horizon Home Loans' motion to dismiss, scheduled for March 2, 2011, is vacated, to be reset if necessary.

DATED: February 18, 2011.

                                        UNITED STATES DISTRICT JUDGE

2/hawk1876.41

1