IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HAWKINS SR., an individual, and LYNDA P. HAWKINS, an individual, | |
| Plaintiffs, | No. CIV S-10-1876 KJM GGH |
| vs. | |
| FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank N.A., successor in interest by merger to First Horizon Home Loan Corporation, a Tennessee Corporation; et al., | |
| Defendants. | |
| ERIC HAWKINS SR., an individual, and LYNDA P. HAWKINS, an individual, | |
| Plaintiffs, | No. CIV S-11-1325 GEB EFB |
| vs. | |
| FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank N.A., successor in interest by merger to First Horizon Home Loan Corporation, a Tennessee Corporation; et al., | |
| Defendants. | ORDER |

/////

1  The court has received the Notice of Related Cases concerning the above-captioned cases filed July 20, 2011. *See* Local Rule 123. The court has, however, determined that assignment of the matters to the same judge is not likely to effect a substantial saving of judicial effort, and it therefore declines to order reassignment.

IT IS SO ORDERED.

DATED: July 28, 2011.

_____
UNITED STATES DISTRICT JUDGE

/10cv1876.relate